S

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : Indictment |
| | : |
| | : CRIM. NO: 1:07-CR-18-WLS |
| vs. | : |
| | : |
| FRANK RUSSELL McCOY | : 18 U.S.C. § 1462 |
| | : |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Transportation of Obscene Matters)
(18 U.S.C. § 1462)

That beginning in or about June 23, 2002, and continuing until on or about August 8, 2006, in the Albany Division of the Middle District of Georgia, and elsewhere,

**FRANK RUSSELL McCOY**

defendant herein, did knowingly use an interactive computer service for carriage in interstate and foreign commerce obscene matters, and aid and abet persons known and unknown to the grand jury in the use an interactive computer service for carriage in interstate and foreign commerce obscene matters. In particular, the defendant used an interactive computer service to transmit to the Middle District of Georgia and elsewhere, links to three websites:

1

www.young-stuff.com/frank,

ftp.asstr.org/pub/Authors/Frank_McCoy/index.htm; and

www.mrdoubleena.com/htm/frank/index.htm;

which contained obscene "fantasy" stories describing in explicit and graphic detail the sexual abuse, rape, and murder of children, and from which web sites the obscene stories were downloaded into the Middle District of Georgia and elsewhere.

All in violation of Title 18, United States Code, Sections 1462 and 2.

A TRUE BILL

_____
**FOREPERSON OF THE GRAND JURY**

PRESENTED BY:

*[signature: Jim Crane]*

JIM CRANE
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* 13th *day of* June *A.D. 2007*

*[signature: C. Hunford]*
*Clerk of Court - Middle District of Georgia*

2