000256



UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In the Matter of the Search of the
premises known and described as
9694 Parkington Avenue NE, Otsego,
MN 55330.  The premise is further
described as a two-story house with
grey wood siding with the numbers
9694 on the garage

Case No. 05-MJ-430 FLN

AMENDED ORDER

In an Order dated November 17, 2005, this Court denied an application for a search

warrant. The Order of November 17, 2005 is hereby vacated and the instant Order is issued in its

place. [1]

An agent of the Department of Homeland Security seeks a warrant to search computers

located in Minnesota for sexually explicit fictional stories he knows are located there.  Although

the search warrant is being sought in Minnesota, the investigation which gave rise to the search

warrant application began in Georgia. According to an Assistant United States Attorney, who

accompanied the agent making the warrant application, this search warrant application was being

---

[1]The premise of this Court's original order was flawed. This Court's original order held
that the statute on which the Applicant relied, Title18 United States Code Section 1462, did not
conform to the requirements of the Supreme Court's opinion in *Miller v. California,* 413 US 15
(1973). In particular the prior order stated that the statute did not describe with specificity the
kinds of sexual conduct to which it applied. The order went on to say that the Court was unaware
of any case in which the statute had been authoritatively construed to limit its application to
specifically described conduct in accordance with *Miller.* Further research has established that in
*United States v. 12 200 Ft. Reels of Super 8 mm Film,* 413 US 123 (1973) and in *United States v.
Hamling,* 418 US 87 (1974), the Supreme Court expressly construed Section 1462 and its nearly
identical companion Section 1461 to limit the definitions of the words, "obscene, lewd,
lascivious, filthy,  indecent, and immoral. . . to patently offensive representations or descriptions
of that specific 'hard core' sexual conduct given as examples in *Miller v. California* . . . ."

1





*CC: AUSA*

000257

coordinated with other warrant applications in various locations around the country. In the search warrant application, the Homeland Security Agent sets forth probable cause to believe that certain sexually explicit fictional stories will be found on computers located in Minnesota. According to the agent the stories describe in "explicit and graphic detail the sexual abuse, rape, and murder of children." All of the stories are written words. The agent does not have any probable cause to believe that there are any pictures of any children on the computers he seeks to search. His probable cause is limited to the existence of 19 fictional stories written by the owner of the computers he seeks to search.

In order to authorize the search warrant sought here, the Court must conclude that the fictional stories described in the warrant application are themselves criminal. If they are not, then there is no probable cause to believe that evidence of a crime will be found on the computers the Agent seeks to search.

In *Ashcroft v. Free Speech Coalition*, 535 US 234 (2002), the Supreme Court struck down the Child Pornography Prevention Act of 1996 (CPPA) because, among other things, it outlawed virtual child pornography. Addressing this aspect of the law, the Court said,

> "The CPPA prohibits speech that records no crime and creates no victims by its production. Virtual child pornography is not 'intrinsically related' to the sexual abuse of children, as were the materials in *Ferber*. While the Government asserts that the images can lead to actual instances of child abuse, . . . the causal link is contingent and indirect. The harm does not necessarily follow from the speech, but depends upon some unquantified potential for subsequent criminal acts. The Government says these indirect harms are sufficient because, as *Ferber* acknowledged, child pornography rarely can be valuable speech."

The *Ashcroft* Court rejected the Government's contentions and found that the CPPA violated the First Amendment. As in *Ashcroft v. Free Speech Coalition*, the written words the

000258

government seeks to criminalize here record no actual crime and create no victims. The words describe only fictional crimes which are the creation of the depraved fantasy of the author. There is nothing in the affidavit of the Applicant to suggest that the stories the author has created have any basis in fact or that the author has in fact committed any of the crimes he describes in his fictional stories. The government seeks to criminalize words only.

The Government seeks to avoid the clear holding of *Ashcroft v. Free Speech Coalition*, by noting that nothing in that case changed the Court's earlier holding in *Miller v. California*, 413 US 15 (1973), which permits Congress to outlaw obscenity. Indeed the *Ashcroft* Court expressly noted that the "CPPA is not directed at speech that is obscene; Congress has proscribed those materials through a separate statute." 535 US 234, 240. The Government contends that the  stories described in the affidavit are obscene and beyond the protection of the First Amendment.

In *Miller v. California*, the Supreme Court reviewed the Court's tortured history of trying to find a definition of obscenity to which a majority of the Court could subscribe. Indeed the *Miller* Court expressly noted "in the absence of a majority view, this Court was compelled to embark on the practice of summarily reversing convictions for the dissemination of materials that at least five members of the Court, applying their separate tests, found to be protected by the First Amendment.... Thirty one cases have been decided in this manner." *Id.* at 23, n. 3. The only proposition all of the pre-*Miller* Courts had been able to agree upon was that "obscene material is unprotected by the First Amendment." *Id.* at 23.[2] The Justices had been unable,

---

[2]Even this observation overstates the case. In 1969, in *Stanley v. Georgia*, 394 US 557 (1969), the Court had accorded some First Amendment protection to obscenity that was possessed in the privacy of one's own home. There it held, in connection with Stanley's claim

however, to agree upon a definition of what was "obscene." In *Miller*, a majority of 5 Justices expressly agreed that the regulation of obscene material was limited to "works which depict or describe sexual conduct." 413 US at 24. The *Miller* Court went on to say that a state could outlaw works that, applying contemporary community standards, depict or describe specific sexual conduct in a patently offensive way and which when taken as a whole do not have serious literary, artistic, political, or scientific value." *Id.*

   To issue the search warrant the Homeland Security agent seeks here, this Court, applying contemporary Minnesota standards, must conclude that the fictional stories described in the affidavit meet the *Miller* standard. In light of the language used by the Supreme Court in *Ashcroft*, and in light of the evolution of community standards since the Court decided *Miller*, this Court is unprepared to conclude that the depraved fictional stories described in the affidavit submitted in support of the Search Warrant are obscene, within the meaning of *Miller v. California*.

   At one time in our nation's history,  the sellers of written works were prosecuted for selling obscene books. Both great literature and not so great literature were sometimes the target of prosecutors. Sometimes the works themselves were parties to the litigation. *see e.g., United States v. One Book Entitled Ulysses by James Joyce,* 72 F.2d. 705 (2d Cir. 1934), *A Book named 'John Cleland's Memoirs of a Woman of Pleasure' v. Massachusetts,* 383 US 413 (1966); *United States v. Roth,* 354 US 476 (1957). The Court asked the Assistant United States Attorney, who accompanied the agent making the warrant application, if he was aware of any case in which

---

that his prosecution for possession of obscene material violated the First Amendment, that  the mere private possession of obscene matter cannot constitutionally be made a crime.

4

000260

Section 1462 has been enforced against a written work in the 30 plus years since the Supreme Court decided *Miller*. The Assistant United States Attorney was unable to cite the Court to any such case. The Court's own cursory research has uncovered no Supreme Court opinion, issued after its holding in *Miller*, applying Section 1462 to any work consisting only of written words. *Miller* itself concerned an unsolicited mailing of advertising brochures. The Court expressly observed that the brochures had been "thrust by aggressive sales action upon unwilling recipients who had in no way indicated any desire to receive such materials." The Court further noted, "While the brochures contain some descriptive printed material, primarily they consist of pictures and drawings very explicitly depicting men and women in groups of two or more engaging in a variety of sexual activities, with genitals often prominently displayed." *Miller v. California*, 413 US 15, 18 (1973).

The written works at issue in the instant search warrant application appear to be available only to those, like the investigators in this case, who expressly seek such content. Nothing sought by this search warrant was "thrust by aggressive sales action upon unwilling recipients." As the Court is unwilling to subscribe to the Government's effort to criminalize the written word, it is unable to conclude that there is probable cause to believe that evidence of any crime will be found on the computers the Homeland Security Agent seeks to search. The application for the Search Warrant must be DENIED.

DATED: November 21, 2005.                    *s/ Franklin L. Noel*
                                             FRANKLIN L. NOEL
                                             United States Magistrate Judge

000261



DEFENDANT'S
EXHIBIT
B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CRIMINAL FILE NO. 05-MJ-430 FLN

*05mj430 ADM*

IN THE MATTER OF THE SEARCH OF THE PREMISES KNOWN AND DESCRIBED AS 9694 PARKINGTON AVENUE NE, OTSEGO, MN 55330

)
)
)
)
)
)
)
)

~~FILED UNDER SEAL~~ *unSealed*
APPEAL OF THE
MAGISTRATE'S DECISION
TO THE DISTRICT COURT
AND MOTION FOR
SEALING ORDER

COMES NOW the United States of America by it undersigned attorneys and in support of its Appeal of the Magistrate's Decision and Motion for an Order Sealing Appeal, Motion and Order, states as follows:

1.   On November 16, 2005, Special Agent Ryan Schold of the United States Immigration and Customs Enforcement, Department of Homeland Security presented an Application for, and Affidavit in Support of, a Search Warrant for the above-referenced location to the Honorable Franklin Noel.  The occupant of the residence, Frank McCoy, is the author of numerous, graphic, written fantasy-stories about raping children.  McCoy has posted these stories on the Internet and has also sent them via email to an undercover police officer in Georgia.  The warrant seeks evidence related to the distribution of these stories as violations of 18 U.S.C. § 1462. Agent Schold is working with the Child Exploitation and Obscenity Section of the Department of Justice in connection with the warrant, and federal search warrants have been issued for evidence



FILED **NOV 2 3 2005**
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

concerning the same stories in the Northern District of Texas and the Middle District of Georgia.

2.    Magistrate Judge Noel declined to sign the warrant, and on November 17, 2005 he issued a written order explaining the basis for his decision.   On November 22, 2005, Magistrate Judge Noel issued an Amended Order stating a supplemental rationale for his decision.  Reduced to its essence, the Amended Order concludes that the federal obscenity laws (18 U.S.C. § 1462) cannot be violated by materials that contain only words – i.e., that under the obscenity standard established by the United States Supreme Court in Miller v. California, 413 U.S. 15 (1973), words by themselves cannot be obscene.  Thus, under Magistrate Judge Noel's interpretation of 18 U.S.C. § 1462, the criminal activity alleged in the warrant is not criminal, and the fundamental premise of the warrant – that it seeks evidence of a crime – is negated.

3.    The United States now appeals Magistrate Judge Noel's decision not to sign the warrant.  The United States submits that, under the test articulated by the Supreme Court in Miller, there is probable cause to believe that, under any contemporary community standards (but in particular those of the Middle District of Georgia, where McCoy emailed the stories and where a court has already concluded that there is probable cause to believe that the stories may violate 18 U.S.C. § 1462), the detailed and graphic child-rape-fantasy stories attached to the Affidavit in Support of

2

the Warrant Application in this case (1) describe specific sexual acts in a patently offensive manner, and (2) taken as a whole have no serious literary, artistic, political or scientific value. <u>See</u> <u>Miller</u>, 413 U.S. at 24.

4.  In addition, the United States requests that this Appeal, Motion and the Court's Order regarding be sealed. The Application for, and Affidavit in Support of, the Search Warrant in this matter have already been sealed by Magistrate Judge Noel, as the attachments to the warrant contain materials which the United States contend are criminally obscene. In addiction, because the warrant sought in this case has not yet been issued, making the Appeal, Motion and Order available to the public at this time would potentially put the target of the search on notice and allow him to destroy the evidence sought by the warrant.

5.  The Court's power to prevent disclosure of its files, especially for a limited period of time, is well established. This general power has been affirmed by the United States Supreme Court.

> It is uncontested, however, that the right to inspect and copy judicial records is not absolute. Every court has supervisory power over some records and files and access has been denied where court files might have become a vehicle for improper purposes.

*Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978). Moreover, the *Nixon* court held that the "decision as to access [to judicial records and documents, including the duration of time they may be sealed] is one best left to the sound discretion of the

3

trial court." 435 U.S. at 599, 98 S. Ct. at 1312.

The Court's power to seal search warrant affidavits has also been recognized by lower courts, citing and applying the principles enunciated by the Supreme Court in *Nixon*. For example, the Ninth Circuit, in *In Re: Sealed Affidavit(s) to Search Warrants Executed on February 14, 1979 (United States v. Agosto),* found that "courts have inherent power, as incident of their constitutional function, to control papers filed with the court . . ." 600 F.2d 1256, 1257 (9th Cir. 1979).

Similarly, the First Circuit in *Shea v. Gabriel*, held:

> First, the district court carefully balanced the government's interest in secrecy to protect its ongoing investigation against the temporary loss to Shea of the property here at issue. We are not inclined to disturb the balance struck, at least absent any reason to believe that the cloak of secrecy is being abused by the government.

520 F.2d 879, 882 (1st Cir. 1975). Like the First Circuit in *Shea*, the Seventh Circuit has recognized that an issuing court has the discretion to restrict access to affidavits in support of search warrants. *See In re Search of Eyecare Physicians of Am.*, 100 F.3d 514 (7th Cir. 1996) ("The trial court properly weighed the parties' respective rights, and our review of the affidavits convinces us that neither the magistrate judge nor the district court abused their discretion in refusing to unseal, or allow access to, the affidavits.").

In addition to the cases cited above, the Court's power to

4

000265

grant the Government's Petition is, in this case, also supported by the All Writ's Act, 28 United States Code, Section 16519(a).  <u>See</u>, <u>United States v. New York Telephone Company</u>, 434 U.S. 159, 172 (1977).

6.    The United States, therefore, respectfully requests this Court to issue an Order Sealing the Appeal, Motion and its Order on this matter.

Dated:   November 23, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney


BY: TIMOTHY C. RANK
Assistant U.S. Attorney
Attorney ID No. 245392

000266

~~FILED UNDER SEAL~~
*unsealed*



**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

In the Matter of the Search of
the Premises Known and Described
as 9694 Parkington Avenue NE,
Otsego, MN 55330

**MEMORANDUM OPINION
AND ORDER**
Case No. 05-430 ADM

**FILED UNDER SEAL**

---

Timothy C. Rank, Esq., Assistant United States Attorney, Minneapolis, MN, on behalf of the
Government.

---

## I. INTRODUCTION

On November 23, 2005, an appeal from Magistrate Judge Franklin L. Noel's Amended

Order denying the Government's Application for Search Warrant in the above captioned matter

came before the undersigned United States District Judge.[1]  For the reasons stated below, the

Government's appeal is denied and the Magistrate's Amended Order is adopted.

## II. BACKGROUND

On November 17, 2005, Special Agent Ryan Shold ("Shold") of the United States

Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE") filed an

Application and Affidavit for Search Warrant for "the premises known and described as 9694

Parkington Avenue NE, Otsego, MN 55330.  The premise is further described as a two-story

house with grey wood siding with the numbers 9694 on the garage."  Shold believed that he

would find evidence of a crime on the property in violation of 18 U.S.C. § 1462; specifically,

computers and documents used to write and distribute obscene material.  The Application for

---

[1] The Government sought and obtained sealing orders with respect to all motions, orders, and
other documents produced thus far in connection with this case.





000267

Search Warrant stems from the conviction of a defendant in Georgia for various child pornography offenses. During the trial, evidence was presented that the defendant downloaded from a particular website nineteen zipped text files of "fantasy" stories describing in explicit and graphic detail the sexual abuse, rape, and murder of children. ICE special agents acting in an undercover capacity were subsequently able to access the website, email and contact the alleged website creator, and download the zipped text "fantasy" stories. ICE special agents were then able to trace the owner of the email account listed on the website to Frank McCoy, residing at the premises described in the Application for Search Warrant.

In an Order dated November 17, 2005, Judge Noel denied the Government's Application for Search Warrant. On November 21, 2005, Judge Noel filed an Amended Order to replace his original Order, again denying the Application for Search Warrant but on slightly different grounds. Judge Noel concluded that "[i]n light of the language used by the Supreme Court in Ashcroft v. Free Speech Coalition, 535 U.S. 234 (2002), and in light of the evolution of community standards since the Court decided Miller v. California, 413 U.S. 15 (1973), this Court is unprepared to conclude that the depraved fictional stories described in the affidavit submitted in support of the Search Warrant are obscene, within the meaning of Miller," and therefore are not evidence of a crime. Judge Noel further noted that the stories at issue in the search warrant "appear to be available only to those . . . who expressly seek such content" and that he was "unwilling to subscribe to the Government's effort to criminalize the written word." This appeal followed.

000268

# III. DISCUSSION

18 U.S.C. § 1462 states as an offense:

> Whoever brings into the United States, or any place subject to the jurisdiction thereof, or knowingly uses any express company or other common carrier or interactive computer service . . . for carriage in interstate or foreign commerce—
>
> (a) any obscene, lewd, lascivious, or filthy book, pamphlet, picture, motion-picture film, paper, letter, writing, print, or other matter of indecent character [shall be found guilty of a federal offense and] . . . . Shall be fined under this title or imprisoned not more than five years, or both, for the first such offense . . . .

The search warrant establishes probable cause to believe the writings in question were transported via interactive computer service; thus, the pivotal issue is whether the writings expected to be found at the premises described in the search warrant constitute obscene, lewd, lascivious, or filthy writings. If they do not, probable cause does not exist because there is no evidence a crime has been committed and the warrant must be denied.

It is well-established that obscene material is not afforded First Amendment protection. Miller, 413 U.S. at 23. In Miller, the Supreme Court set forth a three part test determining the constitutionality of obscenity statutes. Statutes aimed at prohibiting obscene works must "be limited to works which, taken as a whole, appeal to the prurient interest in sex, which portray sexual conduct in a patently offensive way, and which, taken as a whole, do not have serious literary, artistic, political, or scientific value." Id. at 24. Whether the materials at issue appeal to the prurient interest, or that which excites lustful or lascivious thoughts, is applied under a local community standard, while determination of whether the works have serious literary, artistic, political, or scientific value is to be measured by a national standard.

After a careful review of the materials submitted with the search warrant application, the

3

Court is not prepared to hold that the writings are obscene under the definition of <u>Miller</u>.  While many persons, including this Court, find the materials at issue depraved and disturbing, community standards have significantly evolved since <u>Miller</u>.  Although <u>Ashcroft</u> did not reach the precise issue faced here, it is demonstrative of this evolution in standards, noting that even depictions of the sexual abuse of children do not automatically violate the <u>Miller</u> standard of obscenity.  <u>Ashcroft</u>, 535 U.S. at 247.  <u>Ashcroft</u> also distinguished between depictions of child abuse that themselves were the product of child abuse and those that are "virtual" images of child abuse.  <u>Id.</u> at 249-51.  Here, the search warrant application states the materials are fictionalized accounts not based on any actual events.

It should be additionally noted that the materials submitted with the search warrant application are not publically available on the internet; rather, the ICS agent specifically requested them in an email.  Moreover, the writings themselves are replete with warnings that the material contained within could be considered objectionable.  One story begins with the admonition: "NOTICE!  This is very raw stuff.  Do not read, if you have a weak stomach.  Frankly, I advise you to skip to some other story, and I'm the author.  If I didn't like it, do I have to say more?. . . . This story contains very graphic violence against a very young child.  If such things bother you (and they do me) I advise against reading this."

In sum, the Court agrees with Judge Noel's declaration that he is not willing to participate in the criminalization of the written word, available only to those who specifically seek it out.  If the search warrant application contained any indication that any of the nineteen stories were descriptions of actual events the author perpetrated or witnessed, the outcome may well be different.  Given the fictional nature of the writings, however, the warrant must be denied.

000270

## IV. CONCLUSION

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that the Government's Appeal of the Magistrate's Denial of the

Application for a Search Warrant in the above captioned matter is **DENIED** and the Magistrate's

Amended Order is **ADOPTED**.

BY THE COURT:

ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: *December 2, 2005*

5

DEFENDANT'S
EXHIBIT

Yahoo! Mail - g_jefferies@yahoo.com

Yahoo! My Yahoo! Mail                                                              Search: |                              **Web Search**

                                                                                            Mail Home - Mail Tutorials - Help

# YAHOO! MAIL

Welcome, **g_jefferies**
[Sign Out, My Account]

| Mail ˅ | Addresses ˅ | Calendar ˅ | Notepad ˅ |

**What's New - Mail For Mobile - Upgrades - Options**

| Check Mail | Compose |

| | Search Mail ▸ | Search the Web |

🔍 $449 Desktop
at Dell™ Home

**Folders** [Add - Edit]

**Inbox (2)**
Draft
Sent
**Bulk (104)** [Empty]
Trash [Empty]

🐞 See your
credit score: $0

🐜 Online Degree
Programs

Refi Rates as
low as 4.625%

Free Ringtone
Get Yours Now!

Previous | Next | Back to Messages

| Delete | Reply ▸ | Forward ▸ | Spam | Move... ▸ |

This message is not flagged.  [ Flag Message - Mark as Unread ]

**Date:**  Fri, 10 Mar 2006 11:40:17 -0600

**To:**  "greg jefferies" <g_jefferies@yahoo.com>

**From:**  "Frank McCoy" <mccoyf@millcomm.com>   🔲 Add to Address Book   ✉ Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by millcomm.com. Learn more

**Subject:**  Re: your website

At 05:08 AM 3/10/06 -0800, you wrote:
>I don't know if you member me but I talked to you a cuple of months
ago
>about ur young stuff website.  I'm from Albany, Georgia if that helps
you
>remember.  I seen that the site was down.  What happened?  Do you have
any
>of hte files left that you can send me so I can save it or did the
site
>move.  Please let me know!
>

For my stories, try:

Printable View

Yahoo! Mail - g_jefferies@yahoo.com

Check Mail | Compose

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

ftp://ftp.asstr.org/pub/Authors/Frank_McCoy/index.htm
Or
http://www.mrdoubleena.com/htm/frank/index.htm

The asstr site is *always* the best spot to find my stories.
Always; because I personally keep it up-to-date.
Usually the stories are there *before* I post them on the newsgroups.
Usually ... Not always though.
I try.

--

Search Mail | Search the Web

Save Message Text | Full Headers

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! Mail - g_jefferies@yahoo.com



Page 1 of 1

000029

# YAHOO! MAIL

Welcome, **g_jefferies**
[Sign Out, My Account]

Search the Web | Search

Mail Home - Mail Tutorials - Help



INTRODUCING **YAHOO! 360°**

ROLL OVER TO LEARN MORE

▸ Get Started   Your one place to keep co
                through blogs, photos, an

BLOGS | PHOTOS | LISTS | REVIEWS

| Mail | Addresses ▾ | Calendar ▾ | Notepad ▾ |

What's New - Mail Upgrades - Mail Options

| Check Mail | Compose |   | Search Mail ▾ | Search the Web |

Sign up for VONAGE & get 1 free month

Previous | Next | Back to Messages        Printable View - Full Headers

| Delete | Reply ▾ | Forward ▾ | Move... ▾ |

**Folders**        [Add - Edit]

Inbox
Draft
**Sent**
Bulk        [Empty]
Trash       [Empty]

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:**    Tue, 22 Mar 2005 16:15:02 -0800 (PST)

**From:**    "greg jefferies" <g_jefferies@yahoo.com>  ⊡ Add to Address Book

**Subject:** your personal site!

**To:**      mccoyf@millcomm.com

saw ur site off of yung stuf and wanted to get access to your personal site.  said
i had to email u 4 it.  please reply!  cunt wait

What's your Credit Score? See it FREE!

Netflix-$9.99/mo No Late Fees!

$160,000 Loan only $600/mo.

Free Ringtones Get Yours Now!

_____

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

| Delete | Reply ▾ | Forward ▾ | Move... ▾ |

Previous | Next | Back to Messages        Save Message Text

| Check Mail | Compose |   | Search Mail ▾ | Search the Web |

Copyright © 1994-2005 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy



DEFENDANT'S
EXHIBIT
E

Yahoo! Mail - g_jefferies@yahoo.com



Yahoo! | My Yahoo! | Mail



**YAHOO!** MAIL    Welcome, **g_jefferies**
[Sign Out, My Account]

Search
the Web                    Search

Mail Home - Mail Tutorials - Help

See offer details

CONGRATULATIONS
You've been chosen to receive a
FREE Sony PS3®

©2005 InternetOpinionGroup.com



| **Mail** | Addresses | Calendar | Notepad | **What's New** - **Mail Upgrades** - **Mail Options** |

Check Mail     Compose                    Search Mail ▾     Search the Web

Previous | Next | Back to Messages                    Printable Vie

Delete    Reply ▾    Forward ▾    Spam    Move... ▾

This message is not flagged. [ Flag Message - Mark as Unread ]

**Folders**    [Add - Edit]

**Inbox**
Draft
Sent
Bulk         [Empty]
Trash        [Empty]

Sign up for
VONAGE
& get 1 free month

What's your Credit
Score? See it FREE!

Netflix-$9.99/mo
No Late Fees!

Best card for
bad credit

$200k loan for
only $730/mo.!

**Date:**    Tue, 22 Mar 2005 18:27:41 -0600

**To:**    "greg jefferies" <g_jefferies@yahoo.com>

**From:**    "Frank McCoy" <mccoyf@millcomm.com>     Add to Address Book

**Subject:**    Re: your personal site!

At 04:15 PM 3/22/05 -0800, you wrote:
>saw ur site off of yung stuf and wanted to get access to you
>site.  said i had to email u 4 it.  please reply!  cunt wait
I'd love to give it to you.
Unfortunately, at the moment I don't HAVE one.  ;-(
I'm using the kid's high-speed ISP; and had to drop my accoun
Earthlink.
Without a job, it got too expensive.

It's more than I really can afford just to maintain my old em

However, I *Do* still maintain a copy.
If *really* interested, I suppose I could zip up a copy of th
thing
and send THAT to you.

You could then put the files in an unused directory and open
Netscape or OE as a file instead of a URL.

It's not much:  Just an (old) copy of my resume, some (mainly
out-of-date
now) links to websites I found interesting, a few poems (most
I
wrote) and one game written as an example of how to program i
JavaScript.  TicTacToe.

Oh yeah ... and a description of me, too.
Not much there, really.

```
Sorry.
It used to be that I had requests all the time.
You're the first one to ask in over a month; so I haven't bot
find
an alternative place to put the site.

As for my stories, try:
http://www.young-stuff.com/frank/
Or:
ftp://ftp.asstr.org/pub/Authors/Frank_McCoy/index.HTM
Or
http://www.mrdoubleena.com/htm/frank/index.htm

Right now, the young-stuff site is not *nearly* as up-to-date
The ASSTR site is the one I personally update all the time.

--

      ___/ / '                    /
    ,-/-, ___ __.           /_
   (_/   / (_/ | _/ / < / <_
```

| Delete | Reply ▾ | Forward ▾ | Spam | Move... ▾ |

Previous | Next | Back to Messages                                    Save

| Check Mail | Compose |                    Search Mail ▾ | Search the Web |

Copyright © 1994-2005 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! Mail - g_jefferies@yahoo.com



Yahoo! | My Yahoo! | Mail

 **MAIL**   Welcome, **g_jefferies**
[Sign Out, My Account]

Search the Web    [Search]

Mail Home - Mail Tutorials - Help

 **University of Phoenix™**
Click to learn more>>

**Bachelor of Science in:**
• Health Care Services
• Criminal Justice Administration
• Human Services

• Human Services
• Information Technology
• Management
• Nursing

**Master of Business:**
• Administration / Health Management
**Master of Arts in Education**
• Curriculum and Instruction

| Mail | Addresses | Calendar | Notepad | **What's New** · **Mail Upgrades** · **Mail Options** |

[ Check Mail ]   [ Compose ]              Search Mail ▼    Search the Web

Sign up for VONAGE & get 1 free month

Previous | Next | Back to Messages              Printable View - Full Headers

[ Delete ]   [ Reply ▼ ]   [ Forward ▼ ]   [ Move... ▼ ]

**Folders**  [Add - Edit]
  Inbox
  Draft
  **Sent**
  Bulk    [Empty]
  Trash   [Empty]

 What's your Credit Score? See it FREE!

 Netflix-$9.99/mo No Late Fees!

 $160,000 Loan only $600/mo.

$150K loan for only $550/month!

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:**    Tue, 22 Mar 2005 19:41:14 -0800 (PST)

**From:**    "greg jefferies" <g_jefferies@yahoo.com>   Add to Address Book

**Subject:**  Re: your personal site!

**To:**     "Frank McCoy" <mccoyf@millcomm.com>

im sorry to hear of you losing your job.  that really suks, i've been in that boat b4 and wish u luck.  i woudl love to get a copy of ur old site.  if u could zip it to me i wuld appreciate it.  good luck

*Frank McCoy <mccoyf@millcomm.com> wrote:*

> At 04:15 PM 3/22/05 -0800, you wrote:
> >saw ur site off of yung stuf and wanted to get access to your personal
>
> >site. said i had to email u 4 it. please reply! cunt wait
> I'd love to give it to you.
> Unfortunately, at the moment I don't HAVE one. ;-{
> I'm using the kid's high-speed ISP; and had to drop my account at
> Earthlink.
> Without a job, it got too expensive.
>
> It's more than I really can afford just to maintain my old email addy.
>
> However, I *Do* still maintain a copy.
> If *really* interested, I suppose I could zip up a copy of the whole thing
>
> and send THAT to you.
>
> You could then put the files in an unused directory and open it with
> Netscape or OE as a file instead of a URL.
>
> It's not much: Just an (old) copy of my resume, some (mainly out-of-date
> now) links to websites I found interesting, a few poems (most of which
> I

wrote) and one game written as an example of how to program in
_JavaScript. TicTacToe.

Oh yeah ... and a description of me, too.
Not much there, really.

Sorry.
It used to be that I had requests all the time.
You're the first one to ask in over a month; so I haven't bothered to find
an alternative place to put the site.

As for my stories, try:
http://www.young-stuff.com/frank/
Or:
ftp://ftp.asstr.org/pub/Authors/Frank_McCoy/index.HTM
Or
http://www.mrdoubleena.com/htm/frank/index.htm

Right now, the young-stuff site is not *nearly* as up-to-date.
The ASSTR site is the one I personally update all the time.

```
_
/ ' /
,-/-, __ __.  ____ /_
(_/ / (_(/_/ / / < _/ <_
```

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Delete    Reply ▼    Forward ▼    Move... ▼

Previous | Next | Back to Messages                    Save Message Text

Check Mail    Compose                  Search Mail ▼    Search the Web

Copyright © 1994-2005 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! Mail - g_jefferies@yahoo.com



Yahoo!   My Yahoo!   Mail

**YAHOO! MAIL**    Welcome, **g_jefferies**
[Sign Out, My Account]

Search the Web    [Search]

Mail Home - Mail Tutorials - Help






Casino    Collectibles    Art    Trains

| **Mail** | Addresses ▼ | Calendar ▼ | Notepad ▼ | What's New - Mail Upgrades - Mail Options |

[Check Mail]   [Compose]                    [Search Mail ▼]      [Search the Web]


Sign up for VONAGE
& get 1 free month

Previous | Next | Back to Messages                    Printable View ▸

[Delete]  [Reply ▼]  [Forward ▼]  [Spam]  [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]

**Folders**    [Add - Edit]

**Inbox**
Draft
Sent
Bulk        [Empty]
Trash       [Empty]


What's your Credit
Score? See it FREE!

Netflix-$9.99/mo
No Late Fees!

Refinance Today
Bad Credit OK!

$200k loan for
only $730/mo.!

**Date:**    Tue, 22 Mar 2005 21:51:14 -0600
**To:**      "greg jefferies" <g_jefferies@yahoo.com>
**From:**    "Frank McCoy" <mccoyf@millcomm.com>  📷 Add to Address Book
**Subject:**  📎 Re: your personal site!

```
At 07:41 PM 3/22/05 -0800, you wrote:
>im sorry to hear of you losing your job.  that really suks,
in
>that boat b4 and wish u luck.  i woudl love to get a copy of
>site.  if u could zip it to me i wuld apprecate it.  good lu

Attached:
Make sure and try the ASSM site for all the newest stories.
```

**Plain Text Attachment** [ Download File | Save to Yahoo! Briefcase ]

```
--
      /  '              /
  ,-/-,  _ __,  /
 (_/  / (_(_/i_/ / <_/ <_
```

**Attachments**                    Attachment scanning provided by: Ar...

Files:

📎 Site.zip (26k)                    Save to Computer - Save to Yahoo! Bri...

Yahoo! Mail - g_jefferies@yahoo.com

| Delete | | Reply | ▼ | Forward | ▼ | Spam | Move... | ▼ |

Previous | Next | Back to Messages                    Save

Check Mail       Compose                    Search Mail ▼       Search the Web

Copyright © 1994-2005 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy