IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANK RUSSELL MCCOY | Case No. 1:07-CR-18-WLS |

### NOTICE OF MANUAL FILING

Comes now Defendant, Frank Russell McCoy, by and through undersigned counsel, Morad Fakhimi; and, pursuant to Local Rule 5.0, herewith notices his MANUAL FILING of Exhibits "A" through "J" to his *Corrected Reply to the Government's Response to his Motion to Dismiss the Indictment on Multiple Grounds of Preclusion and Estoppel*.

As the file size of Exhibit "A" exceeds that which would allow for electronic filing, and as all Exhibits ("A" through "J") are certified copies of all documents involved in the 2005 litigation of this same case in the United States District Court for the District of Minnesota (Case No. 05-MJ-430-ADM — Docs. 1 - 10), Mr. McCoy herewith notices his manual filing of the same.

Dated:  This 29th day of September, 2008.

Respectfully submitted,

/s/ Morad Fakhimi
MORAD FAKHIMI
FEDERAL DEFENDERS OF THE
MIDDLE DISTRICT OF GEORGIA, INC.
440 Martin Luther King, Jr. Blvd.
Suite 400
Post Office Box 996
Macon, Georgia 31202-0996
Phone: (478) 743-4747
Fax: (478) 207-3419
morad_fakhimi@fd.org
PA Bar ID. 204228
DC Bar ID. 974050

**CERTIFICATE OF SERVICE**

     I, Morad Fakhimi, hereby certify that on September 29, 2008, I electronically filed the foregoing *Notice of Manual Filing* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

     /s/ Morad Fakhimi
MORAD FAKHIMI
FEDERAL DEFENDERS OF THE
MIDDLE DISTRICT OF GEORGIA, INC.
440 Martin Luther King, Jr. Blvd.
Suite 400
Post Office Box 996
Macon, Georgia 31202-0996
Phone: (478) 743-4747
Fax: (478) 207-3419
morad_fakhimi@fd.org
PA Bar ID. 204228
DC Bar ID. 974050