IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA

v.

FRANK RUSSELL MCCOY

Case No. 1:07-CR-18-WLS

## NOTICE OF MANUAL FILING

Comes now Defendant, Frank Russell McCoy, by and through undersigned counsel, Morad Fakhimi; and, pursuant to Local Rule 5.0, herewith notices his MANUAL FILING of Exhibits "A" through "J" to his *Corrected Reply to the Government's Response to his Motion to Dismiss the Indictment on Multiple Grounds of Preclusion and Estoppel*.

As the file size of Exhibit "A" exceeds that which would allow for electronic filing, and as all Exhibits ("A" through "J") are certified copies of all documents involved in the 2005 litigation of this same case in the United States District Court for the District of Minnesota (Case No. 05-MJ-430-ADM — Docs. 1 - 10), Mr. McCoy herewith notices his manual filing of the same.

Dated: This 29th day of September, 2008.

Respectfully submitted,

/s/ Morad Fakhimi
MORAD FAKHIMI
FEDERAL DEFENDERS OF THE
MIDDLE DISTRICT OF GEORGIA, INC.
440 Martin Luther King, Jr. Blvd.
Suite 400
Post Office Box 996
Macon, Georgia 31202-0996
Phone: (478) 743-4747
Fax: (478) 207-3419
morad_fakhimi@fd.org
PA Bar ID. 204228
DC Bar ID. 974050

## CERTIFICATE OF SERVICE

I, Morad Fakhimi, hereby certify that on September 29, 2008, I electronically filed the foregoing *Notice of Manual Filing* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

/s/ Morad Fakhimi
MORAD FAKHIMI
FEDERAL DEFENDERS OF THE
MIDDLE DISTRICT OF GEORGIA, INC.
440 Martin Luther King, Jr. Blvd.
Suite 400
Post Office Box 996
Macon, Georgia 31202-0996
Phone: (478) 743-4747
Fax: (478) 207-3419
morad_fakhimi@fd.org
PA Bar ID. 204228
DC Bar ID. 974050

FEDERAL DEFENDERS OF THE
MIDDLE DISTRICT OF GEORGIA, INC.

440 Martin Luther King, Jr. Boulevard
Suite 400
Post Office Box 996
Macon, Georgia 31202-0996
Phone: (478) 743-4747 • Fax: (478) 207-3419 • Toll Free: (866) 517-8892

C. Brian Jarrard
*Interim Executive Director*

*Assistant Federal Defenders*
Catherine M. Leek
D. Nicole Williams

*Research And Writing Specialist*
Morad Fakhimi

September 30, 2008

United States District Court
Middle District of Georgia
Albany Division
201 West Broad Street
Albany, Georgia 31701

**Attention: Clerk's Office**

RE:   *United States of America v. Frank Russell McCoy*
      Criminal Case No.: 1:07-CR-18-WLS

Dear Clerk:

Please find enclosed our *Notice of Manual Filing*, which we filed electronically on September 29, 2008, Doc. 48, along with the certified copies of all documents involved in the 2005 litigation of this same case in the United States District Court for the District of Minnesota (Case No. 05-MJ-430-ADM - Docs. 1-10). As we have requested in Doc. 48, please manually file these documents due to the fact that the file size of Exhibit "A" exceeds that which would allow for electronic filing.

Also enclosed, is an additional copy that we have requested to be date stamped and returned to our office in the enclosed postage paid, return envelope.

Please contact me if you should need any additional information to complete this filing. Thank you for your assistance in this matter.

Sincerely,

Holly McDavid
Paralegal

HEM/bh
Enclosures (as stated)

cc:   Mr. Frank McCoy

      Mr. Jim Crane
      Assistant U.S. Attorney