02/13/2006 15:54 FAX 952 313 9045     US INS     @003

DEC-07-2005 WED 01:42 PM   WRIGHT COUNTY DTF    7636826708    P. 02



**Entry Codes**

# WRIGHT COUNTY SHERIFF'S DEPARTMENT INCIDENT REPORT — ORIGINAL

| OCA # | 05026399 | DATE REPORTED | 071505 | TIME | 1020hrs |
|---|---|---|---|---|---|
| TYPE OF INCIDENT | CITIZEN AID | | LOCATION | 9694 PARKINGTON AVE. N.E. | |
| OTSEGO | 14 | DEPUTY | ANKNEY | BADGE # 137 | BEAT 3310 |

Codes: Arrested  Complainant  Driver  Guardian/parent  Juvenile  X missing person  Owner  Passenger  Suspect  Victim
Witness  Reporting Person  Mentioned  Booked  Ticketed  Long Form Complaint

**SUBJECT**
| CODE | CR | VEH # | NAME | EILEEN LEONA MCCOY | DOB | 050738 |
|---|---|---|---|---|---|---|
| LIC. # | M200197507349 | SEX F | RAC W | HGT 504 | WGT 195 | HAI BRN  EYES BRN |
| ADDRESS | 9694 PARKINGTON AVE. N.E. | | | CITY | OTSEGO, MN. | |
| H. PHONE | 763-441-6825 | W. PHONE | | ARREST | | |
| MISC. | REPORTING PERSON | | | | | |

**SUBJECT**
| CODE | M | VEH # | NAME | FRANK RUSSELL MCCOY | DOB | 110243 |
|---|---|---|---|---|---|---|
| LIC. # | M200261751843 | SEX M | RAC W | HGT 603 | WGT 245 | HAI    EYES BLU |
| ADDRESS | 9694 PARKINGTON AVE. N.E. | | | CITY | OTSEGO, MN. | |
| H. PHONE | 763-441-6825 | W. PHONE | | ARREST | | |
| MISC. | HSUBAND OF REPORTING PERSON | | | | | |

**VEHICLES**
| VEHICLE # | TYPE | YEAR | MAKE | MODEL |
|---|---|---|---|---|
| BODY STYLE | LICENSE | STATE | VIN | |
| COLOR | TOWED BY/TO | | OWNER NOTIFIED | |
| OTHER | INSURANCE | | | |

**VEHICLES**
| VEHICLE # | TYPE | YEAR | MAKE | MODEL |
|---|---|---|---|---|
| BODY STYLE | LICENSE | STATE | VIN | |
| COLOR | TOWED BY/TO | | OWNER NOTIFIED | |
| OTHER | INSURANCE | | | |

**SYNOPSIS/ACTION TAKEN:** RECEIVED A CALL OF A CITIZEN AID AT 9694 PARKINGTON AVE. N.E. IN THE CITY OF OTSEGO. UPON ARRIVAL I MET WITH CR EILEEN MCCOY. EILEEN STATED THAT HER HUSBAND HAS A COLLECTION OF PORNAGRPHY. I INFORMED EILEEN THAT THERE WAS NO LAW AGAINST HER HUSBAND HAVING PORNAGRAPHY. EILEEN STATED THAT SOME OF THE PORNAGRAPHY IS CHILD RELATED. EILEEN SHOWED ME A THREE RING BINDER WHICH SHE STATED WERE STORIES THAT HER HUSBAND WROTE. THE STORIES WERE VERY GRAPHIC IN NATURE AND WERE ABOUT CHILDREN IN ACTS WITH ADULTS. M FRANK MCCOY CAME HOME AND I SPOKE WITH HIM OUTSIDE THE RESIDENCE. FRANK WAS WONDERING IF HIS WIFE WAS HAVING A MEDICAL ISSUE AGAIN. I INFORMED FRANK THAT HIS WIFE HAD CALLED WITH SOME CONCERNS. FRANK OFFERED THAT HIS WIFE IS ALWAYS CONCERED ABOUT HIS PORNAGRAPHY COLLECTION. FRANK STATED THAT HE WRITES ARTICLES ABOUT SEX AND CHILDREN. FRANK STATED THAT HE POSTS THESE ARTICLES ON THE INTERNET. FRANK STATED THAT HIS WIFE IS CONCEREND ABOUT HIS LIBRARY. FRANK THEN SHOWED ME A CLOSET IN THE BASEMENT WERE HE HAS SEVERAL THOUSAND BOOKS. FRANK STATED THAT ABOUT ON THIRD OF THE BOOKS ARE PORNAGRAPHIC IN NATURE. FRANK STATED THAT HE DID NOT HAVE ANY PORNAGRAPHY ON HIS COMPUTER THAT WAS RELATED TO CHILDREN. IT SHOULD BE NOTED THAT I DID NOT ASK FRANK TO SHOW ME ANY OF THE MATERIALS IN HIS RESIDENCE AND I DID NOT TELL FRANK AS TO THE REASON FOR ME BEING AT HIS RESIDENCE. FRANK VOLUNTEERED THIS INFORMATION. I INFORMED FRANK THAT IT WAS NOT AGAINST THE LAW TO LOOK AT PORNAGRAPHY. FRANK THEN AGAIN STATED THAT HE DID NOT HAVE ANY CHILD PORNAGRAPHY. I SPOKE WITH EILEEN OUTSIDE AND INFORMED HER THAT I WOULD DO A REPORT OF THE INCIDENT. I SPOKE WITH INVESTIGATOR CLEMENCE ABOUT THE INCIDENT, PLEASE FORWARD TO HIM FOR FOLLOW UP.

**ACTION NEEDED:** FORWARD TO INVESTIGATOR CLEMENCE

| Additional Reports: | Property | Veh./Persons Suppl. | Supplemental | | |
|---|---|---|---|---|---|
| Comp. Notified | Y | Cleared: Arrest | Ref. Co. Atty. | Unfounded | Civil | Except |
| Dictated Report | | To C.I.D. | Copies to | INVESTIGATOR CLEMENCE | | |