IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO: 1:07-CR-18-WLS |
| | : | |
| FRANK RUSSELL McCOY | : | |
| | : | |

**Government's Response to Defendant's Motion to Strike**

Comes Now the United States of America, by and through the United States Attorney for the Middle District of Georgia, and hereby responds as follows:

Defendant moves to strike the Government's Response to Defendant's Motion to Dismiss the Indictment for Failure to State an Offense on the ground that Exhibit 3 (NCMEC Report) (filed on December 29, 2008) was filed in violation of the Court's December 9, 2008 Order requiring that any textual stories be filed under seal or with prior permission of the Court.

The Government's filing of Exhibit 3 was in error. That error has been corrected and Exhibit 3 is now sealed. The Defendant's Motion to Strike is moot.

RESPECTFULLY SUBMITTED, this 30th day of December, 2008.

MAXWELL WOOD
UNITED STATES ATTORNEY

/s/ Jim Crane
JIM CRANE
ASSISTANT U. S. ATTORNEY

DAMON KING
DEPUTY CHIEF
U.S. DEPARTMENT OF JUSTICE

CHANTEL FEBUS
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE

## CERTIFICATE OF SERVICE

This is to certify that I have on December 30, 2008, electronically filed the foregoing Government's Response to Defendant's Motion to Dismiss the Indictment for Failure to State an Offense with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

RESPECTFULLY SUBMITTED, this 30th day of December, 2008.


/s/ Jim Crane
JIM CRANE
ASSISTANT U. S. ATTORNEY


ADDRESS:

POST OFFICE BOX 366
ALBANY, GEORGIA  31702
TELEPHONE:  (229) 430-7754