

# United States Department of Justice
## Criminal Division

Child Exploitation and Obscenity Section
High Technology Investigative Unit

| **Subject:** Computer Forensic Examination Report – Frank McCoy ||
|---|---|
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Obscenity | **Report Date:** November 19, 2008 |
| **Attachments:** 22 | **Page** 1 |

**ITEMS TO BE EXAMINED:**

1. "Generic PC"
    a. "Master Drive" is an image copy of a 250GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.
    b. "Slave Drive" is an image copy of a 250GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.
2. "Generic PC # 2"
    a. "Master Drive" is an image copy of a 40GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.
    b. "Slave Drive" is an image copy of a 40GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.
3. "NetDisk Ext. USB Drv" is an image copy of a 160GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.
4. "Toshiba Laptop" is an image copy of a 40GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.

**EXAMINATION REQUESTED:**

Identify evidence of violations of Title 18, U.S.C. § 1462 per search warrant 1:08-MJ-14.

**FINDINGS:**

<u>ITEM 1</u> "Generic PC"

1. **Frank McCoy Web Site.** The "Generic PC", evidence item 1, contains a copy of the Frank McCoy web site in the folder "C:\HTML". This folder contains html pages, graphic images, archive files in "zip" format, and FTP file transfer logs.

    **Attachment 1** is a listing of the 384 files contained in the "C:\HTML" folder. The file "INDEX.HTM" is a web page that contains the title "Frank McCoy's Home Page (incest & etc.)" and the heading "This is the

| **Subject:** Computer Forensic Examination Report – Frank McCoy | |
|---|---|
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Obscenity | **Report Date:** November 19, 2008 |
| **Attachments:** 22 | **Page** 2 |

private page of Frank McCoy, containing his stories and helpful information". It also contains the text "This page was last updated on 10/31/07". A paragraph titled "Where are these stories?" contains links for the list of stories. Of the 384 files contained in "C:\HTML" folder, 269 are archive files with a ".ZIP" file extension. Most of these zip files contain a single textual file with a file name that matches the zip archive name. These textual files are the stories distributed from the web site. The remaining zip files contain multiple text files in single archive.

**Attachment 2A** is a printout of the "INDEX.HTM" file with a last written date of October 31, 2007. This web page contains information on where to obtain Frank McCoy's stories, specifically: "asstr.org" and "Mr. Double".

**Attachment 2B** is a printout of an older "INDEX.HTM" file with a last written date of March 9, 1999 and was located in the folder "C:\HTML\new. This web page contains information on where to obtain Frank McCoy's stories, specifically: "http://www.young-stuff.com/frank/" and "ftp://asstr.org/pub/Authors/Frank McCoy/index.HTM".

A file named "FILES.HTM" is a web page that is titled "Frank McCoy's Story Page" and contains links to 260 zip archive files. The web page includes the file size, file link, and short description of each file. **Attachment 3** contains a printout of the "FILES.HTM" file.

2. **WS_FTP.EXE File Transfer Program:** "WS_FTP.exe" is a free program used to transfer files between computers on the internet using the File Transfer Protocol ("FTP"). This program provides a graphical user interface to simplify the file transfers and allows configuration information to be saved about each remote computer it connects to. This configuration information is stored in a file named "WS_FTP.INI". I identified 24 separate configuration files and extracted them for further analysis.

**Attachment 4** is a listing of these files and includes the full path, creation date, and last written date.

**Attachment 5** is a printout of these 24 configuration files.

A review of these 24 configuration files identified connection information with the "Young-Stuff.com" web site. A saved connection named "Stories-1 (young-stuff)" lists the host as 66.28.73.23 and a UserID ("UID") of "frank". Another saved connection is named "Stories-2 (ASSTR)" lists the host as "ftp.asstr.org" and a "UserID" of "fmCcoy".

The "WS_FTP.exe" program automatically creates log records of file transfer activity with log files named "WS_FTP.LOG". I identified 14 files named "WS_FTP.LOG" and extracted them for further analysis.

**Attachment 6** is a listing of these 14 "WS_FTP.LOG" files and includes the full path, creation date, and last written date. These log files contain information related to file transfers to remote computers and contains date and time stamp, file type, local file name, direction of file transfer (upload or download), remote computer name or Internet Protocol address, remote directory, and remote file name.

| | |
|---|---|
| **Subject:**  Computer Forensic Examination Report – Frank McCoy | |
| **Examiner:**  James Fottrell | **Acts Number:**  200500456 |
| **Case Type:** Obscenity | **Report Date:** November 19, 2008 |
| **Attachments:**  22 | **Page** 3 |

    **Attachment 7** is a printout of all the 14 "WS_FTP.LOG" files and includes entries for file transfers to various web sites including "Young-Stuff.com" and "asstr.org".

3. **Eudora Email:** Qualcomm, Incorporated is a software company that makes a client-based email program named "Eudora". Eudora version 5.1.1 was installed on the "Generic PC" in the folder "C:\Internet" and is configured to access the email account for "mccoyf@millcomm.com". The software is registered to "Frank McCoy". A Eudora configuration file named "Eudora.ini" contains configuration information related to the Eudora program.

    **Attachment 8** is a printout of the "Eudora.ini" configuration file and lists information including the email server as "pop.millcomm.com" and real name as "Frank McCoy".

    A file named "C:\Internet\Eudora.log" includes logging information associated with the Eudora program and includes log activity from February 25, 2002 to January 6, 2008.

    A file named "C:\Internet\mail.log" contains email messages from mccoyf@millcomm.com between December 15, 1994 and July 28, 1996.

    An email message dated July 26, 1996 to snapper@ix.netcom.com includes a text story named "GEEDADDY.TXT and is described as (Mf, incest, cons, teen, preg).

    Eudora allows mail messages to be stored in separate folders for better organization. These folders correspond to files located in the "C:\INTERNET" folder. Thirty-one (31) separate folders were identified and examined. The names of the folders include:

        In
        Out
        Trash
        A very new game
        AOL replies
        AOL requests
        asstr
        Hooked
        HTML 2.0
        Job hunting
        Kibitzing
        millenium-stuff
        my-sex-stories
        mymail
        old-out1
        old-out2
        oldmail1
        oldmail2
        oldmail3

| **Subject:** Computer Forensic Examination Report – Frank McCoy | |
|---|---|
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Obscenity | **Report Date:** November 19, 2008 |
| **Attachments:** 22 | **Page** 4 |

    Phil Phantom
    Poetry.com
    SAVE_NEW
    Sister Sam
    stories
    Stuff from work
    virus
    VTL-2
    Whitestar
    His Sister's Advice
    AAE X
    AAE9

**Attachment 9** consists of screen printouts of the configuration settings of the Eudora email program.

The Eudora email program allows different electronic "stationary" to be used when replying to email messages. This stationary can be used as a template when replying to similar email messages. Six different stationary files were configured to be used with the Eudora program. They are titled: "Don't want pictures!", "HFD, no pictures now", "Kibitzing", "No Website now", "Personal website", and "Where my stories are". **Attachment 10** is a printout of these six stationary messages.

**Undercover Email Messages:** A search for email messages related to the undercover agent's correspondence with Frank McCoy by searching for "g_jefferies@yahoo.com". I identified three email messages in the "In" folder corresponding to received messages and three email messages in the "Out" folder corresponding to sent email messages. The dates associated with these six email messages were March 22, 2005 and March 10, 2006. **Attachment 11** is a printout of these six email messages.

One of the email messages on March 22, 2005 contains an attached file named "C:\HTML\frank\Site.zip". This file was identified on the computer and extracted for further analysis. **Attachment 12** is a printout of the 11 web pages contained in the zip file.

4. **Forte Agent:** Forte Agent is a computer program distributed by Forte, Inc. that provides an easy to use graphical interface for accessing newsgroup postings on Usenet. Usenet newsgroup postings are similar to email messages except that the messages are sent to a specific newsgroup instead of individual. Newsgroup messages are known as "articles" and are posted to separate newsgroups, similar to how newspaper articles are printed in different topical sections of a newspaper (such as national news, local news, sports, etc.). Newsgroups are divided into a hierarchy of topics that include a wide range of subject matter. There are over 30,000 different newsgroups that are available for a person to subscribe to. The subset of the available newsgroups that the person actually subscribes to is labeled by Forte Agent as the "Subscribed Groups".

The Forte Agent program was found in 45 different folders on the examined items. Some of the folder names that the Forte Agent program is stored in are:

    C:\Agent

| **Subject:** Computer Forensic Examination Report – Frank McCoy | |
|---|---|
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Obscenity | **Report Date:** November 19, 2008 |
| **Attachments:** 22 | **Page** 5 |

        C:\Agent2
        C:\Agent3
        C:\Agent\savfrank
        C:\Agent\Agent.big
        C:\agent\Agent.bg2

A review of the configuration and data files in each of these folders indicates that backup copies were created at different times and specific system settings were saved at different times. The configuration files list the "Full Name" of the user as "Frank McCoy" and an "Email Address" as "mccoyf@millcomm.com". The program was configured to connect to the news server "news.alt.net" with a "username" of "mccoyf". **Attachment 13** is a printout of the information associated with the Forte Agent configuration.

A review of the configuration files for the Forte Agent installation in the "C:\Agent" folder identified 16 subscribed newsgroups including:

        alt.fan.frank.mccoy
        alt.support.girl-lovers
        alt.sex.stories
        alt.sex.stories.incest
        alt.binaries.pictures.erotica.anime

**Attachment 14** is a printout of the 16 subscribed newsgroups.

The Forte Agent program saves configuration information related to "Posting Preferences when a person posts messages to newsgroups. The program allows different signatures to be automatically inserted at the end of each posting. A review of the configuration files identified four different saved signatures named:

        ass
        Frank
        Pedo-U
        warez

The "ass" signature includes the text: "Followups redirected to alt.sex.stories.d".

The "Frank" signature includes a textual representation of the scripted word Frank.

The "Pedo-U" signature includes the text: "Family Counseling Office, Pedo University, Usenet campus" and includes the Frank scripted word.

The "warez" signature includes the text: "Followups redirected to alt.fan.frank.mccoy".

**Attachment 15** is a printout of these signatures.

| **Subject:** Computer Forensic Examination Report – Frank McCoy | |
|---|---|
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Obscenity | **Report Date:** November 19, 2008 |
| **Attachments:** 22 | **Page** 6 |

**Newsgroup Postings**: The "outbox" folder in the Forte Agent program stores copies of sent messages the same way email programs save sent email messages in a sent items folder. A review of some of these posting show stories being posted to the alt.sex.stories newsgroup dating back to 1998. **Attachment 16** is a sample of some of the newsgroup postings.

5. **AutoPost:** AutoPost is a program used to automatically upload files to Usenet newsgroups. The configuration settings for the program are stored in a file named Autopost.ini. **Attachment 17** is a printout of the contents of the file "C:\Windows\Autopost.ini". It lists the "newsgroup server" as "news.alt.net", the "Username" as "mccoyf", and the newsgroup to receive the postings as "alt.sex.stories.moderated". The program automatically creates log reports of all posting activity in files named Report01.txt, Report02.txt, etc.

   **Attachment 18** is a listing of the 360 AutoPost log files that I identified and include postings dating back to 2001. **Attachment 19** is a printout of the 360 AutoPost Log files and includes the time stamp, file name and newsgroup subject line. Examples of the subject lines of the postings include:

   > *NEW*: FIRSTIME.TXT  Their first time  (mf, incest, cons, pre-teen, preg)
   > REPOST: GRANDREL.TXT  A 'grand' relationship  (Mf, incest, cons, pedo, preg)
   > REPOST: GRNDTRS.TXT  Grand-Daughters  (Mf, incest, cons, very-pedo, preg)
   > REPOST: GRNDTRS3.TXT  Grand-daughters (3 of them)  (Mf, incest, cons, pedo, preg?)
   > REPOST: HAVETWIN.TXT  Getting ready to have 'twins'  (Mf, incest, cons, pre-teen, preg)
   > <EXPLN> HEADER.TXT Explanation of following files: (An Erotic Story)
   > REPOST: HELPKIDS.TXT  Helping the kids  (mf, incest, cons, young, preg)

6. **http://www.young-stuff.com/frank:** A search for information related to the "Young-Stuff" web site referenced in paragraph 1 above identified email correspondence and file transfer activity. An email message dated January 5, 1999 from "Jim Stewart" (cyberfix@ont.com) to "Frank McCoy" references the Internet Protocol (IP) address for the site "Young-Stuff" is changing to 209.144.250.230. Other email messages from "Jim Stewart" originate from "netfix@rocketmail.com". **Attachment 20** is a printout of Eudora email messages between "Frank McCoy" and "Jim Stewart".

7. **http://www.mrdoubleena.com/htm/frank/index.htm:** This web site link listed as a mirror site for the Frank McCoy stories is known as "Mr. Double". There are email messages between "Frank McCoy" and the email account "mrdouble@mrdouble.com". **Attachment 21** is a printout of the email messages.

8. **http://www.asstr.org:** "ASSTR" is an abbreviation of "Alternative Sex Stories Text Repository" and is a web site containing thousands of sexually explicit stories. Different "authors" can store stories on the web site. The ASSTR web site maintains access logs showing when the stories are accessed by Internet users.

   A search within the Eudora email program (see paragraph 3 above) identified 185 email messages with the subject line "Download Reports". The body of these email messages contains the text:

   > "The following is a log of the number of times the files in your ASSTR FTP directory and/or web site have been accessed/downloaded over the time period referred to above."

| **Subject:** Computer Forensic Examination Report – Frank McCoy | |
|---|---|
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Obscenity | **Report Date:** November 19, 2008 |
| **Attachments:** 22 | **Page** 7 |

The time period for these download reports is weekly. **Attachment 22** is a sample of 22 of the 185 download reports that are saved as email messages.

<u>ITEM 2</u> "Generic PC #2"

Numerous textual files were identified. Many of these files contain the same stories as identified in paragraph 1, above.

<u>ITEM 3</u> "NetDisk Ext6. USB Drv."

Numerous textual files were identified. Many of these files contain the same stories as identified in paragraph 1, above.

<u>ITEM 4</u> "Toshiba Laptop"

Numerous textual files were identified. Many of these files contain the same stories as identified in paragraph 1, above.

**CONCLUSION:**

Evidence was identified that:

1. Multiple copies and versions of a web page that contains the title "Frank McCoy's Home Page (incest & etc.)" were identified. Evidence was identified that numerous stories identified in the attachments to this report were uploaded via FTP protocol to Frank McCoy's Home Page located at:

    a. www.asstr.org
    b. www.young-stuff.com
    c. www.mrdoubleena.com

2. The Forte Agent program was used to subscribe to and access Usenet newsgroups. Numerous stories identified in the attachments to this report were posted to the Usenet newsgroups via the AutoPost program.

3. The Eudora email program was used to communicate with the undercover agent.

_____    11/19/08
(signature of examiner)           (date)