IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO: 1:07-CR-18-WLS |
| | : | |
| FRANK RUSSELL McCOY | : | |
| _____ | : | |

**GOVERNMENT'S EXPERT WITNESS NOTICE AND DISCLOSURE
AND REQUEST FOR RECIPROCAL NOTICE, DISCLOSURE AND
DISCOVERY OF DEFENSE EXPERT WITNESS**

Comes Now the United States of America, by and through the United States Attorney for the Middle District of Georgia, and hereby provides the following written summary of testimony the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial, which describes the expert witness's opinions, the bases and the reasons therefor, and the witness's qualifications.

I.  Designation and Summary of Government's Expert Witness:

Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the Government hereby designates James M. Fottrell as an expert witness.

The Government anticipates that Mr. James M. Fottrell of the U.S. Department of Justice, Child Exploitation and Obscenity Section, High Technology Investigation Unit (HTIU), will testify consistent with the information set forth in the attached seven-page (Obscenity) and eight-page (Child Exploitation) HTIU forensic

examination reports, and the attachments to these reports. The reports and their respective attachments were provided to Defendant on November 21, 2008 and November 28, 2008 (to correct bates numbering). As mentioned, the seven-page (Obscenity) and eight-page (Child Exploitation) reports are filed as attachments to this Notice, but the attachments to the reports are not filed with this Notice because those attachments contain contraband or descriptions of contraband. Mr. Fottrell's qualifications are detailed in the attached four-page Curriculum Vitae.

II.  <u>Demand For Reciprocal Notice, Disclosure, and Discovery of Defendant's Expert Witness(es)</u>.

The Government requests disclosure of all Defendant's documents and tangible objects as required by Rule 16(b)(1)(A) of the Federal Rules of Criminal Procedure, Defendant's reports of examinations and tests as required by Rule 16(b)(1)(B) of the Federal Rules of Criminal Procedure, and disclosure of any expert witness and a written summary of testimony expected to be used at trial, as required by Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED, this ___ day of March, 2009.

MAXWELL WOOD
UNITED STATES ATTORNEY

/s/ Jim Crane
JIM CRANE

        ASSISTANT U. S. ATTORNEY

        DAMON KING
        DEPUTY CHIEF
        U.S. DEPARTMENT OF JUSTICE

        CHANTEL FEBUS
        TRIAL ATTORNEY
        U.S. DEPARTMENT OF JUSTICE

## CERTIFICATE OF SERVICE

This is to certify that I have on March ___, 2009, electronically filed the foregoing Government's Summary of Expert Testimony with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

RESPECTFULLY SUBMITTED, this ___ day of March 2009.

        /s/ Jim Crane
        JIM CRANE
        ASSISTANT U. S. ATTORNEY

ADDRESS:

POST OFFICE BOX 366
ALBANY, GEORGIA  31702
TELEPHONE:  (229) 430-7754