

# United States Department of Justice
## Criminal Division

Child Exploitation and Obscenity Section
High Technology Investigative Unit

| Subject: Forensic Examination Report – Frank McCoy | |
|---|---|
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Child Exploitation | **Report Date:** November 19, 2008 |
| **Attachments:** 12 | **Page** 1 |

**ITEMS TO BE EXAMINED:**

1. "Generic PC"
    a. "Master Drive" is an image copy of a 250GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.
    b. "Slave Drive" is an image copy of a 250GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.
2. "Generic PC # 2"
    a. "Master Drive" is an image copy of a 40GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.
    b. "Slave Drive" is an image copy of a 40GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.
3. "NetDisk Ext. USB Drv" is an image copy of a 160GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.
4. "Toshiba Laptop" is an image copy of a 40GB disk drive seized from the residence of Frank McCoy and created by SA Tad Schlatre.

**EXAMINATION REQUESTED:**

Identify evidence of violations of Title 18, U.S.C. § 2252 and § 2252A per search warrant 1:08-MJ-37 (RLH).

**FINDINGS:**

**ITEM 1** "Generic PC"

1. **Child Pornography Images:** Thousands of images and videos of minors engaged in sexually explicit conduct were identified.

    a. **Item 1a: Generic PC Master Drive**

        i. **C:\Adult**: This folder contains 68 video files and includes videos of minors engaged in sexually explicit conduct. File names of the video files include:

| Subject: | Forensic Examination Report – Frank McCoy | |
|---|---|---|
| **Examiner:** James Fottrell | | **Acts Number:** 200500456 |
| **Case Type:** Child Exploitation | | **Report Date:** November 19, 2008 |
| **Attachments:** 12 | | **Page** 2 |

> Vicky-Suckcum.avi
> YNGSEX1.AVI
> 10yr_old_fucking.avi
> 13ontop.avi
> BabyJ-Little-Shot.avi
> Babyj-Lover.avi
> BabyShiv.avi
> OhDaddy.avi

**Attachment 1-A** is a directory listing of the files in the "C:\Adult" folder.

ii. **C:\backup**: This folder contains six sub-folders that contain images and videos of minors engaged in sexually explicit conduct. The following table lists the sub-folder name and the number of images and videos.

| Sub-Folder Name | Images | Videos |
|---|---|---|
| C:\backup\New backup A | 0 | 65 |
| C:\backup\New backup | 863 | 38 |
| C:\backup\New backup2 | 381 | 51 |
| C:\backup\New backup3 | 441 | 0 |
| C:\backup\New backup4 | 771 | 0 |
| C:\backup\New backup5 | 0 | 37 |
| Total | 2,456 | 191 |

**Attachment 1-B** is a directory listing of the files in the "C:\Backup" folder.

1. **C:\backup\New backup**: This sub-folder is further sorted and organized into sub-folders named:

    > jpg
    > mpg
    > conny

The sub-folder named "jpg' contains over 750 images, including sexually explicit images of minors known and identified by law enforcement agencies.

The "mpeg" folder contains 38 sexually explicit videos of minors known and identified by law enforcement agencies including the "Dee & Desi" series.

The "conny" sub-folder contains 75 images of minors engaged in sexually explicit conduct. A text file named "conny.txt" includes the text:

> **From lurker@thresh.old Mon Mar 01 12:06:33 1999**
> **Here's most of my "Conny" fills, and here's a note:**

Form HT-11

| | |
|---|---|
| **Subject:** Forensic Examination Report – Frank McCoy | |
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Child Exploitation | **Report Date:** November 19, 2008 |
| **Attachments:** 12 | **Page** 3 |

> **Some are redundant.**
> **Some are obvious renames.**
> **Some are censored (Japan).**
> **At least 5 are retouches by yours truly.**
>
> **The "real" names for ll-e1-17DOMret.JPG and ll-e1-26DOMret.JPG are ll-e1-17r.jpg and ll-e1-26r.jpg, as posted to the LL-series ng.**
> **-I just wanted to blow my own horn! ;-)**
>
> **ll-e1-99DOMret.JPG is a complete rebuild of ll-e1-99. I dropped the color out, retouched the greyscale, "borrowed" some of the colors from a similar pic that was small and very poor res. I brought out some of the other colors/details by painting and filtering. It is still terribly imperfect, but a great improvement over the "original", which is a cropped, retouched copy of the Joy cover. I did this retouch back in '97, but I believe this is the first time it's been posted...**
>
> **(I hope not EVERYONE who reads this finds it boring.)   ;)**
>
> **Damn, I hate having to post with Nutscrape...**
>
> **DOM**

2. **C:\backup\New backup2**: This sub-folder is further sorted and organized by folders named:

    avi
    gif
    jpg
    mpg
    ra
    rm
    wav
    zip

3. **C:\backup\New backup3**: This sub-folder is sorted and organized by names including:

    6-year
    Bamboo
    Lolita
    sucky
    Tinytove

Form HT-11

| **Subject:** Forensic Examination Report – Frank McCoy | |
|---|---|
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Child Exploitation | **Report Date:** November 19, 2008 |
| **Attachments:** 12 | **Page** 4 |

Vivian

4. **C:\backup\New backup4**: This sub-folder contains three additional folders named:

   DADFUN
   Temp
   ygniece

iii. **C:\New_PU**: This folder contains 568 "jpg" images files and 18 video files. Some of the "jpg" image files include sexually explicit images of minors and include logos for a web site named "www.home-lolita.com". All 18 of the video files contain minors engaged in sexually explicit conduct. **Attachment 1-C** is a directory listing of the files in the "C:\New_PU" folder.

b. **Item 1b: Generic PC Slave Drive**

   i. **D:\Adult:** This folder contains 66 video files of minors engaged in sexually explicit conduct. File names of the videos include:

      Vicky-Suckcum.avi
      YNGSEX1.AVI
      10yr_old_fucking.avi
      13ontop.avi
      BabyJ-Little-Shot.avi
      Babyj-Lover.avi
      BabyShiv.avi
      OhDaddy.avi

   **Attachment 1-D** is a directory listing of the files in the "D:\Adult" folder.

   ii. **D:\backup**: This folder contains the same files and folders as the "C:\backup" folder referenced in paragraph 1.a.ii. above.

   iii. **D:\New_PU**: This folder contains the same video files as the "C:\New_PU" referenced in paragraph 1.a.iii. above.

**Attachment 2 (SEALED)** contains the images and videos contained in the following folders:

   C:\Adult
   C:\backup
   C:\New_PU
   D:\Adult
   D:\backup

| | |
|---|---|
| **Subject:** Forensic Examination Report – Frank McCoy | |
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Child Exploitation | **Report Date:** November 19, 2008 |
| **Attachments:** 12 | **Page** 5 |

      D:\New_PU

2. **Forte Agent:** Forte Agent is a computer program distributed by Forte, Inc. that provides an easy to use graphical interface for accessing newsgroup postings on Usenet. Usenet newsgroup postings are similar to email messages except that the messages are sent to a specific newsgroup instead of individual. Newsgroup messages are known as "articles" and are posted to separate newsgroups, similar to how newspaper articles are printed in different topical sections of a newspaper (such as national news, local news, sports, etc.). Newsgroups are divided into a hierarchy of topics that include a wide range of subject matter. There are over 30,000 different newsgroups that are available for a person to subscribe to. The subset of the available newsgroups that the person actually subscribes to is labeled by Forte Agent as the "Subscribed Groups".

    The Forte Agent program was found in 45 different folders on the examined items. Some of the folder names that the Forte Agent program is stored in are:

        C:\Agent
        C:\Agent2
        C:\Agent3
        C:\Agent\savfrank
        C:\Agent\Agent.big
        C:\agent\Agent.bg2

    A review of the configuration and data files in each of these folders indicates that backup copies were created at different times and specific system settings were saved at different times. The configuration files list the "Full Name" of the user as "Frank McCoy" and an "Email Address" as "mccoyf@millcomm.com". The program was configured to connect to the news server "news.alt.net" with a "username" of "mccoyf".

    One version of the Forte Agent program installed in the folder "D:\Agent" contains subscriptions to 21 different newsgroups including "alt.pedophilia". The "alt.pedophilia" newsgroups contain 296 newsgroup articles posted between May 16, 2006 and September 16, 2006. The message subject line for these messages includes the title "Astral Nymphets", a sequential number, and a file name. A review of the configuration settings for the Forte Agent program identified that the default folder for files being saved was "C:\New_PU". A review of the files in the "C:\New_PU" folder identified 96 file names that correspond to the subject lines in the newsgroup articles. The 96 images include an embedded logo titled "astral nymphets". The "last modified" dates associated with these images indicate that they were saved on May 25, 2006.

    **Attachment 3** contains screen captures of the configuration of Forte Agent including the configuration of the newsgroup "alt.pedophila" and shows the message headers associated with the images downloaded on May 25, 2006.

    **Attachment 4 (SEALED)** is a printout of the 96 images associated with the logo "astral nymphets".

3. **Screen Saver and Desktop Wallpaper:** The Microsoft Windows operating system allows a computer user to customize the display screen by selecting wallpaper and screen saver images. The wallpaper is an image

| Subject: Forensic Examination Report – Frank McCoy | |
|---|---|
| Examiner: James Fottrell | Acts Number: 200500456 |
| Case Type: Child Exploitation | Report Date: November 19, 2008 |
| Attachments: 12 | Page 6 |

that is displayed on the desktop of the computer where the desktop icons are displayed. A screen saver image is displayed when the computer is idle for a period of time. The screen saver image may also contain a series of images that are sequentially displayed like a slide show.

A screen saver slideshow file named "C:\Windows\MySlideshow.scr" was found on evidence **Item 1a Generic PC Master Drive**. This file has a "last written" date of February 27, 2007 and contains images and videos of minors engaged in sexually explicit conduct. **Attachment 5 (SEALED)** contains print screens of the "MySlideshow" screen saver.

Another screen saver named "C:\Windows\DADFUN.scr" contains a series of cartoon images of an adult and minor engaged in sexually explicit conduct. **Attachment 6** is a printout of the print screen associated with the "DADFUN.scr" screen saver.

Wallpaper images were identified on evidence **Item 1a Generic PC Master Drive** in the C:\Windows folder. Two of these wallpaper images are cartoon images of minors engaged in sexually explicit conduct. The file "C:\Windows\anime.bmp" has a "last written" date of August 6, 2003. The file "C:\Windows\anime2.bmp" has a "last written" date of August 25, 2003. **Attachment 7 (SEALED)** contains print screens of the wallpaper images.

4. **Screen Savers Q & E**: "Screen Savers Q & E" is a computer program installed on evidence "**Item 1a Generic PC Master Drive**" in the folder "C:\Program Files\SSAVERS" on June 20, 2006. This program allows a computer user to create custom "screen savers". Custom "screen savers" can be saved as a project for later revision. These saved project files are known as "Screen Saver Projects". The screen saver project "C:\Program Files\SSAVERS\LFUCK.SSP" contains 277 separate "segments" consisting of images and videos of minors engaged in sexually explicit conduct. The "last written" date for this file is August 17, 2007. **Attachment 8 (SEALED)** contains print screens of the screen saver project "C:\Program Files\SSAVERS\LFUCK.SSP".

5. **AVS4YOU**: AVS4YOU is a suite of video editing software written by Online Media Technologies, LTD and is used to create, edit and covert video files. The AVS4YOU software was installed on evidence item 1 on February 21, 2007 in the folder "C:\Program Files\AVS4YOU". The video program allows the user to edit and combine existing video files and save video editing projects as files with a ".VRP" extension. A file named "C:\Adult\cumshots.vrp" is a saved video editing project on October 18, 2007 and includes editing selected scenes from a video file named "C:\Adult\cumshots.avi". The file contains videos of minors engaged in sexually explicit conduct. **Attachment 9** is a printout of the "cumshots.vrp" file.

6. **Thumbs.db Files:** A "Thumbs.db" file is a file used by the Microsoft Windows operating system to store thumbnail images when the Windows Explorer's program is set to "thumbnail view". The thumbs.db file is created automatically and saved in each folder. The thumbs.db files where extracted for further analysis. **Attachment 10** is a report of all the thumbs.db files and includes the full path, file creation date, last written date, and logical size. These thumbs.db files are evidence that the images in the folder were viewed by the computer user on the date corresponding to the file creation date. **Attachment 11 (SEALED)** is the information extracted from the thumbs.db files.

| | |
|---|---|
| **Subject:** Forensic Examination Report – Frank McCoy | |
| **Examiner:** James Fottrell | **Acts Number:** 200500456 |
| **Case Type:** Child Exploitation | **Report Date:** November 19, 2008 |
| **Attachments:** 12 | **Page** 7 |

7. **Windows Registry:** The Windows Registry is a database of information needed by the Windows operating system. This database stores all of the configuration information for the computer hardware. There is additional registry information saved for each operating system user stored in a file named "NTUSER.DAT". The file "C:\Documents and Settings\Frank\NTUSER.DAT" was extracted from the **Item 1a Generic PC Master Drive** for further analysis. **Attachment 12** is a printout of the information extracted from the Windows registry.

**ITEM 2** "Generic PC #2"

No images and videos of minors engaged in sexually explicit conduct were identified.

**ITEM 3** "NetDisk Ext6. USB Drv."

Numerous images and videos of minors engaged in sexually explicit conduct were identified.

**ITEM 4 "**Toshiba Laptop"

Numerous images and videos of minors engaged in sexually explicit conduct were identified.

**CONCLUSION:**

1. Thousands of images and videos of minors engaged in sexually explicit conduct were identified. There is evidence that the user of the computer organized, sorted, archived, and viewed a collection of images and videos of minors engaged in sexually explicit conduct. Additionally, there is evidence that the user of the computer:

    a. Created a "Screen Saver" "C:\Windows\MySlideshow.scr" consisting of images and videos of minors engaged in sexually explicit conduct.

    b. Created a "Screen Saver" "C:\Windows\DADFUN.scr" consisting of cartoon images of an adult and minor engaged in sexually explicit conduct.

    c. Created a "Screen Saver Project" "C:\Program Files\SSAVERS\LFUCK.SSP" consisting of images and videos of minors engaged in sexually explicit conduct.

    d. Designated as "Wallpaper" "C:\Windows\anime.bmp" and "C:\Windows\anime2.bmp" which are cartoon images of minors engaged in sexually explicit conduct.

    e. Used the "AVS4YOU" video editing software to edit and save a video file containing images of minors engaged in sexually explicit conduct on October 18, 2007.

| Subject: Forensic Examination Report – Frank McCoy | |
|---|---|
| Examiner: James Fottrell | Acts Number: 200500456 |
| Case Type: Child Exploitation | Report Date: November 19, 2008 |
| Attachments: 12 | Page 8 |

2. There is evidence that the user of the computer used Forte Agent to receive images of minors engaged in sexually explicit conduct from Usenet newsgroups between May 16, 2006 and September 16, 2006.

_____
(signature of examiner)

11/19/08
(date)