IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:07-CR-18-WLS |
| FRANK RUSSELL MCCOY | |

Filed at 3:35 P.M
6/3, 2009
WKS
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## ORDER MODIFYING CONDITIONS OF RELEASE

For good cause shown, the Defendant's *Unopposed Motion for Modification of Conditions of Release* (Doc. 105) is hereby GRANTED, and the Defendant, in addition to being permitted to use his computer and the internet for trial preparation, legal research, and communication with counsel, shall also permitted to use his computer and the internet to:

(1) access all Federal, State, and Local Government websites (including the websites and electronic catalogs of public libraries);

(2) access and use the following websites: Dictionary.com, Thesaurus.com, Mapquest.com, and Amazon.com; and,

(3) play games on Yahoo Games and Google Games.

All other conditions of the Defendant's pre-trial release, and attendant restrictions, as outlined in the Court Order of January 23, 2008 (Doc. 15), shall otherwise remain unchanged.

So ORDERED this 3rd day of June, 2009.

~~W. Louis Sands~~ RICHARD L. HODGE
United States ~~District~~ Judge
MAGISTRATE