U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 SEP 28 PM 4 10

_WKS_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:07-CR-18-WLS |
| FRANK RUSSELL MCCOY | |

**ORDER**

For good cause shown, it is hereby ORDERED that the Defendant's *Unopposed Motion for Modification of Deadline* (Doc. 110) is GRANTED; and, accordingly, the Defendant's notice of expert designations and associated reports are due to be filed no later than three weeks before the commencement of trial.

So ORDERED this _15th_ day of September, 2009.

_W. Louis Sands_
W. Louis Sands
United States District Judge