IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| VS. | :     **1 : 07-CR-18 (WLS)** |
| FRANK RUSSELL MCCOY, | : |
| Defendant. | : |

## ORDER MODIFYING CONDITIONS OF RELEASE

For good cause shown, the defendant's *Unopposed Second Motion for Modification of Conditions of Release* (Doc. 168) is hereby **GRANTED**, and the defendant, in addition to being permitted to use his computer and the internet for trial preparation, legal research, and communication with counsel, shall be permitted to use his computer for the following purposes and under the following conditions:

(1) The defendant can use and access the internet and email for all lawful purposes;

(2) The defendant's use and access of email and the internet shall be permitted, provided that he does not transmit any of the stories that are the subject of the instant case, or stories and materials of a similar nature;

(3) and, provided that he will be subject to random inspections of his computer's internet and email usage history by the Pre-Trial Services Officer assigned to his case, in order to ensure compliance with the parameters of these conditions. However, his correspondence with his attorneys shall not be the subject of such inspections.

All other conditions of the Defendant's pre-trial release, and attendant restrictions, as outlined in the Court Order of January 23, 2008 (Doc. 15) shall otherwise remain unchanged.

**SO ORDERED** this 24th day of June, 2010.

S/ ***THOMAS Q. LANGSTAFF***
UNITED STATES MAGISTRATE JUDGE