IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at 3:00 P.M. 7/19/2013
Deputy Clerk, U.S. District Court
Middle District of Georgia

UNITED STATES OF AMERICA

v.

FRANK RUSSELL MCCOY

Case No. 1:07-CR-18-WLS

## ORDER FOR PAYMENT OF DEFENDANT'S TRAVEL AND SUBSISTENCE EXPENSES

For good cause shown, the United States Marshal for the Middle District of Georgia is hereby ORDERED and DIRECTED to furnish Defendant with appropriate transportation and subsistence funds, not to exceed the amount authorized by 5 U.S.C. § 5702(a) for one-way travel from Anoka, Minnesota to Albany, Georgia for sentencing commencing July 25, 2013 at 3:00 p.m.

So ORDERED this 19th day of July, 2013.

THE HONORABLE W. LOUIS SANDS
UNITED STATES DISTRICT COURT

Prepared by:
Cynthia W. Roseberry
Attorney for Frank Russell McCoy
Federal Defenders of the Middle District of Georgia, Inc.
440 MLK Jr. BLVD., Suite 400
Macon, Georgia 31201