IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

NO.   13-14350-A
_____

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　　Plaintiff – Appellee,

　　versus

FRANK RUSSELL MCCOY,

　　　　　　　　　　　　　　　　　　　Defendant – Appellant.

- - - - - - - - - - -

On Appeal from the Middle District of Georgia

- - - - - - - - - - -

O R D E R:

　　The unopposed Motion for Extension of Time to file Appellant's Transcript Order Form and suspend the deadline during the current lapse in appropriations is GRANTED IN PART for a period of twenty-one (21) days.

　　In the event that the current lapse in appropriations continues beyond the original twenty-one (21) day stay, the parties should apply for an additional stay.

　　　　　　　　　　　　John Ley, Clerk

　　　　　　　　By: _Denise E. O'Gunn_
　　　　　　　　　　　　Deputy Clerk

FOR THE COURT – BY DIRECTION

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 10, 2013

Martin J. Vogelbaum
Federal Public Defender's Office
440 MLK JR BLVD STE 400
MACON, GA 31201

Appeal Number:  13-14350-A
Case Style:  USA v. Frank McCoy
District Court Docket No:  1:07-cr-00018-WLS-TQL-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

EXT-1 Extension of time