```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
 2                    ALBANY DIVISION

 3              CASE NO. 1:07-CR-18(WLS)

 4

 5

 6   UNITED STATES OF AMERICA

 7        Plaintiff,

 8   Vs.

 9   FRANK RUSSELL McCOY

10        Defendant.

11

12                   PRETRIAL CONFERENCE

13         BEFORE THE HONORABLE W. LOUIS SANDS
           UNITED STATES DISTRICT COURT JUDGE
14

15

16   DATE:                    DECEMBER 9, 2009

17   LOCATION:                ALBANY, GEORGIA

18   COURT REPORTER:          R. DARLENE PINO

19

20   APPEARANCES:

21      FOR THE PLAINTIFF:    JAMES N. CRANE

22
     FOR THE DEFENDANT:       CYNTHIA ROSEBERRY
23                            MORAD FAKHIMI

24

25

26
```

**R. Darlene Pino**
**United States Court Reporter**
**(229) 343-7550**

```
 1        (Defendant present)
 2             THE COURT:  All right.  Good afternoon.
 3             COUNSEL COLLECTIVELY:  Good afternoon, Your
 4   Honor.
 5             THE COURT:  First, we'll call the criminal
 6   calendar.  I think I'm aware of most updates to the
 7   calendar, but there may be one or two that I am not aware
 8   of.  If that's not the case, please, advise the Court.
 9        First case is case number 1:07-CR-18-1, United States
10   vs. Frank Russell McCoy.  Mr. Crane for the government and
11   Ms. Leek for the defendant.
12             MS. ROSEBERRY:  Your Honor, I'm Cynthia
13   Roseberry here for the defendant as well along with Mr.
14   Morad Fakhimi from our office.
15             THE COURT:  All right.  Now, the Court shows
16   there are a number of motions dismissed and related
17   motions that have been filed that the Court will issue a
18   written order.  Those motions will be denied, and the
19   Court will give a written order in the next several days.
20   It is rather voluminous, fully explaining its decision,
21   but I thought in fairness to counsel, you should know
22   that.  So are there other matters?  What is the
23   government's announcement in light of that?
24             MR. CRANE:  Just to make sure I heard correctly.
25   All the motions pending --
```

```
 1              THE COURT:  The motions to dismiss.
 2              MR. CRANE:  The dispositive motions?
 3              THE COURT:  Yes.  Dispositive, yes.
 4              MR. CRANE:  There is still the issue of whether
 5    the 404(b) evidence -- whether the child pornography found
 6    only in Minnesota can come in.  But we understand the
 7    Court will be issuing its ruling.
 8              THE COURT:  Is that -- I don't know -- Of
 9    course, it's been some time ago that we had the hearing on
10    the main motions in the case.  Is there a -- is that
11    something we need to be heard -- there needs to be a
12    hearing on?  I know sometimes there's a notice from the
13    government and objection from the defendant, but sometimes
14    it requires some kind of showing before the Court can give
15    an actual ruling.
16              MR. CRANE:  Your Honor, I believe we can proffer
17    the evidence if the Court requires.  I believe -- Though
18    it is really, basically an issue of law.  This is the
19    issue that the 404(b) evidence goes to address.  Is the
20    defendant's intent in distributing the text solely to
21    engage in constitutionally protected speech under the
22    First Amendment?  The government argues it is not because
23    the text which he distributed, the rape, incest, and
24    murder of minor children, is exactly what he had pictures
25    of except the actual murder, excuse me.  But abundant
```

1   pictures of actionable and criminal child pornography on
2   his computer.  Therefore, we argue that he does not have a
3   good faith basis for the argument that his intent all
4   along was only to engage in protected speech, because he
5   --
6        Yes, sir.
7            THE COURT:  I was about to say something.  What
8   I am going to do, because the motions to dismiss were in
9   great detail, with a lot of sub-issues, so I've really,
10  frankly, not looked back at that one now that you have
11  brought it back to my attention.  What I will do, I'll
12  look further at that since we are roughly almost a month
13  out from the actual trial term.  What I'll do if I feel it
14  is necessary, I'll notify counsel for a further hearing on
15  that and hear from you all further if it needs to be.
16           MR. CRANE:  Right.
17       Finally, Your Honor, I note that the trial term in
18  January begins on the 4th.  Both the defense -- the
19  defendant comes from out of state as do witnesses for the
20  government, from Minnesota and Washington, D.C, as well as
21  Internet service providers from California and elsewhere.
22  The Court will note that the 4th is a Monday.  January 1st
23  is a very -- comes on a Friday, and it is very difficult
24  for us to work with lay witnesses, meaning that both the
25  defendant --

```
 1              THE COURT:  What reason would that be?
 2              MR. CRANE:  On the 1st of January.
 3              THE COURT:  I am not being serious, Mr. Crane.
 4   Go ahead.
 5              MR. CRANE:  Yes.
 6        (Laughter)
 7              THE COURT:  The Court will take judicial notice
 8   of that.
 9              MR. CRANE:  If the Court could perhaps protect
10   the government and the defense, if they choose to join in,
11   until the 11th, it would be greatly in the interest of all
12   the parties.
13              THE COURT:  One other question I had, too,
14   before you sit down.  I thought the case would need some
15   special consideration.  How long do you all, at this time,
16   estimate that case to take to try?
17              MR. CRANE:  Your Honor, most of it, I believe,
18   was front-loaded with dispositive constitutional issues,
19   matter of law.  We expect to have six witnesses, of which
20   three are Internet service provider custodians of record,
21   who simply will testify that their records show that Frank
22   McCoy's home page contained this text and it was
23   distributed through their computer server in interstate
24   commerce.  That brings us down to about three really fact
25   witnesses, and then one of those would also testify to the
```

1   404(b) evidence.  So basically, three short witnesses

2   should not be on the stand with the government for more

3   than ten minutes each, and then three witnesses.  I would

4   expect the government could put on most of its evidence in

5   a day.

6           THE COURT:  All right.  Ms. Roseberry.

7           MS. ROSEBERRY:  Based on the representations of

8   the government, Your Honor, it probably wouldn't take any

9   more than two days then.  Of course, we still have not

10  made the decision about our client testifying and

11  witnesses, et cetera.  But we don't expect anything longer

12  than that.  There are some other pretrial issues though

13  that need to be decided.  I think there's a suppression

14  issue on a search motion that Mr. Fakhimi filed.

15          THE COURT:  All right.  Okay.  I'm aware of that

16  one.

17          MS. ROSEBERRY:  And we are not opposed to the

18  January 11th week date proposed by the government.  Of

19  course, you know, I have inherited Mr. Gerard's calendar,

20  so a number of things will conflict with that, but that's

21  always the case.

22          THE COURT:  In light of you all suggesting that

23  it will take a couple days to try it, I'll usually stretch

24  it to about three on the safe side.  That still makes it a

25  moderately short case and that gives us more flexibility.

1  I'll take to that first week but be more specific about
2  when the case will start once I have heard what is ready
3  and the entire calendar.
4          MS. ROSEBERRY:  Okay.  And, Your Honor, as a
5  caveat, I have been accused of being loquacious, so that
6  would exclude opening and closing.
7          THE COURT:  That's why I put that one day buffer
8  in there.
9       All right.  So except for matters that are pending
10 that the Court needs to address that might affect the
11 case, the case is marked ready for the week beginning and
12 not before January 11th.
13      (Hearing concluded)
14
**CERTIFICATE**
15
   I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND ACCURATE
16 TRANSCRIPT OF THE PROCEEDINGS.
17
18
   /s/_____
19 R. DARLENE PINO                              NOVEMBER 15, 2013
   UNITED STATES COURT REPORTER
20 Certified Shorthand Reporter (Fl)
   CB King Federal Courthouse
21 201 West Broad Avenue
   Albany, Georgia 31701
22 Phone:(229)343-7550
23
24
25